# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150476

JENNIFER STEPHENS, as assignee of
JACK EDWARD FRITZ,
      Plaintiff-Appellee,

v

                                        SC: 150476
                                        COA: 314700
                                        St. Clair CC: 11-001276-NI

WORDEN INSURANCE AGENCY, L.L.C.,
      Defendant-Appellant,

and

DAVID SHAMALY,
      Defendant-Appellee.

_____/

        On order of the Court, the application for leave to appeal the October 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



a0930

                                     Clerk